EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT #3753
Chief, White Collar Section

MICHAEL M. PURPURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  (808) 541-2958
Email: michael.purpura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2005

at 12 o'clock and ___ min ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>           Plaintiff, )<br>        )<br>      vs. )<br>        )<br> GREGG V. WOOD, )<br>        )<br>           Defendant. )<br>_____ ) | CR. NO. CR05-00072 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 1343] |

INDICTMENT

The Grand Jury charges:

COUNT 1

BACKGROUND

1.  Pro Tour Hawaii, Inc. ("PTH") was a Hawaii corporation sponsoring a series of ten professional golf

tournaments scheduled to be played in Hawaii from January - April 2001.

2. On or about July 18, 2000, defendant Gregg V. Wood ("Wood"), through Paradise Resort Development Corporation ("PRDC"), guaranteed $2.1 million in financial support to PTH, for use as prize money and operating capital.

3. In or about December 2000, Wood became Chief Financial Officer for PTH, and as such, had access to PTH's operational expense account at Bank of Hawaii (the "PTH account").

4. PTH staged three tournaments in January and February 2001, but the remaining seven events were cancelled due to lack of funds.

5. Neither Wood nor PRDC provided any money to PTH, despite the guarantee of $2.1 million in financial support.

The Scheme to Defraud PTH

6. Beginning in approximately January 2001, and continuing through approximately February 2001, Wood knowingly devised a scheme and artifice to defraud PTH and to obtain money and property from PTH by means of material false and fraudulent pretenses, representations, and promises, as well as omissions of material fact.

7. As part of the scheme and artifice to defraud and to obtain money and property by means of material false and

fraudulent pretenses, representations and promises, Wood did a number of things, including the following:

    a. On or about January 5, 2001, without authorization, Wood wrote himself a check for $10,000 from the PTH account, which he deposited into his personal bank account.

    b. On or about January 9, 2001, without authorization, Wood wrote himself a check for $3,000 from the PTH account, which he deposited into his personal bank account.

    c. On or about January 10, 2001, without authorization, Wood wrote himself a check for $19,000 from the PTH account, which he deposited into his personal bank account.

    d. On or about January 16, 2001, without authorization, Wood wrote himself a check for $5,300 from the PTH account, which he deposited into his personal bank account.

    e. On or about January 25, 2001, without authorization, Wood wrote himself a check for $5,000 from the PTH account, which he deposited into his personal bank account.

    f. On or about January 26, 2001, without authorization, Wood wrote himself a check for $2,300 from the PTH account, which he deposited into his personal bank account.

    g. On or about January 30, 2001, without authorization, Wood caused $5,000 from the PTH account to be sent via interstate wire transfer from Hawaii to another individual located in California.

h.   On or about January 31, 2001, without authorization, Wood wrote himself a check for $8,000 from the PTH account, which he deposited into his personal bank account.

i.   On or about February 5, 2001, without authorization, Wood wrote himself a check for $5,000 from the PTH account, which he deposited into his personal bank account.

<u>The Wire</u>

8.   On or about January 30, 2001, in the District of Hawaii, GREGG V. WOOD, having devised a scheme and artifice to defraud PTH, and to obtain money and property from PTH by means of material false and fraudulent pretenses, representations, and promises, as well as omissions of material fact, which scheme and artifice is described in Paragraphs 1 through 7, knowingly transmitted and caused to be transmitted by means of wire and radio communication in interstate commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, GREGG V. WOOD, for the purpose of

defrauding PTH, caused $5,000 to be transmitted by wire from Hawaii to California.

All in violation of Title 18, United States Code, Section 1343.

DATED: Honolulu, Hawaii, February 17, 2005.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
MICHAEL M. PURPURA
Assistant U.S. Attorney

United States v. Gregg V. Wood
"Indictment"
Cr. No.