ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
GREGG V. WOOD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 3 2005

at 3 o'clock and 08 min P M
SUE BEITIA, CLERK

LODGED

DEC 2 2 2005
3:30 pm
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) AMEND CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE |
| | ) |
| GREGG V. WOOD, | ) |
| | ) |
| Defendant. | ) |
| ——————————————— | ) |

## STIPULATION AND ORDER
## TO AMEND CONDITIONS OF PRETRIAL RELEASE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the previously imposed condition of pretrial release #8q be

MODIFIED so that the defendant may enter into an apartment rental contract in an

amount over $1,000.

IT IS FURTHER STIPULATED that condition #8q be modified as

follows:

Defendant is prohibited from conducting any monetary transactions without Court approval in amounts over: $1,000.00, except to satisfy residential rental lease.

All other previously imposed conditions are to remain the same.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, _12/22/05_ .

PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

LESLIE E. OSBORNE, JR.
Attorney for Plaintiff
UNITED STATES OF AMERICA

DAVID K. KAHUNAHANA
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, __DEC 2 3 2006__ .

The Honorable KEVIN S. C. CHANG
United States Magistrate Judge
District of Hawaii

United States v. Gregg V. Wood
Cr. No. 05-00072 DAE
STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE