PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      fpdhi@hotmail.com

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | AMEND CONDITIONS OF |
| vs. | ) | PRETRIAL RELEASE |
| | ) | |
| GREGG V. WOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER
TO AMEND CONDITIONS OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the previously imposed condition of pretrial release #7m1 be MODIFIED so that Karen Wood and Justin Wood be deleted as persons with whom contact is strictly prohibited.

IT IS FURTHER STIPULATED that condition #7m1 be modified as follows:

Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited. In addition to persons identified by the U.S. Attorney's Office, contact is strictly prohibited with Mr. & Mrs. Mohr, unless approved in advance by Pretrial Services.

All other previously imposed conditions are to remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, January 20, 2005.

   /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

   /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Attorney for Plaintiff
UNITED STATES OF AMERICA

   /s/ Carolyn L. K. Hall for
DAVID K. KAHUNAHANA
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, January 20, 2006.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge

United States v. Gregg V. Wood
Cr. No. 05-00072 DAE

3

STIPULATION AND ORDER TO AMEND CONDITIONS OF PRETRIAL RELEASE