PETER C. WOLFF, JR.   #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 05-00072 DAE |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING TRIAL AND TO |
| vs.   ) | EXCLUDE TIME |
| ) | |
| GREGG V. WOOD,   ) | Previous Trial Date:     4/4/06 |
| ) | New Trial Date:          5/16/06 |
| Defendant.   ) | |
| _____   ) | |

**STIPULATION AND ORDER**
**CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for April 4, 2006, be continued

to May 16, 2006; the final pretrial conference is set for April 17, 2006, at 10:00 a.m.,

before Magistrate Judge Leslie E. Kobayashi; defendant's motions are due March 28,

2006; and the government's responses are due on April 11, 2006.

IT IS FURTHER STIPULATED AND AGREED by and between the parties, and the Court finds, that the time period beginning and including April 4, 2006, to and including May 16, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(b)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  The Court bases this finding on the fact that counsel for the defense is scheduled to appear for oral arguments at the United States Court of Appeals for the Ninth Circuit in San Francisco, California, on April 5, 2006, in United States v. Zoltan Kontsagh, C.A. No. 05-10293, and on April 7, 2006, in United States v. Jesus Norberto Evans-Martinez, C.A. No. 05-10280.  Furthermore, failure to grant the continuance would deny the defendant continuity of counsel, and would unreasonably deny defense counsel the time necessary for effective preparation, taking into account due diligence.

//

//

//

//

//

//

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, March 6, 2006.


   /s/ Peter C. Wolff, Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD


   /s/ Leslie E. Osborne, Jr.
LESLIE E. OSBORNE, JR.
Attorney for Plaintiff
UNITED STATES OF AMERICA


IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, March 9, 2006.



_____
David Alan Ezra
United States District Judge


United States v. Gregg V. Wood
Cr. No. 05-00072 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME

3