# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00072DAE |
| CASE NAME: | USA vs. GREGG V. WOOD |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Peter C. Wolff |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 4/17/2006 | TIME: | 10:24-10:27 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE** held. Defendant not present, presence waived.

Jury Trial before David Alan Ezra on May 16, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 3 day(s)

Defendant: Gregg V. Wood  - 1 day(s)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: Gregg V. Wood

1. Fed. R. Evid. 404(b) : April 19, 2006
2. a. Motions in Limine filed and served by :April 26, 2006.
   b. Memoranda in opposition to motions in limine filed and served by: May 1, 2006.
3. Brady and Giglio Material by: April 26, 2006
4. a. Jury Instructions exchanged by April 26, 2006.
   d. Filings required by 4(b) & (c) by: May 3, 2006.
5. Witness Lists per stipulation by May 9, 2006.
6. Exhibits
   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. Stipulations: In writing and filed by May 3, 2006.

8. <u>Voir Dire Questions</u>: In writing by May 3, 2006.
9. <u>Trial Briefs</u>: by May 3, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: **One out of state defense witness.  CR Final Pretrial Order to be issued.**


Submitted by: Warren N. Nakamura, Courtroom Manager




CR NO. 05-00072DAE;
USA vs. GREGG V. WOOD;
Final Pretrial Conference Minutes
4/17/2006