PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT WOOD'S |
| | ) PROPOSED VOIR DIRE |
| vs. | ) QUESTIONS; CERTIFICATE OF |
| | ) SERVICE |
| GREGG V. WOOD, | ) |
| | ) Trial Date:  May 16, 2006 |
| Defendant. | ) Judge:      David A. Ezra |
| | ) |

**DEFENDANT WOOD'S PROPOSED VOIR DIRE QUESTIONS**

COMES NOW the defendant, GREGG V. WOOD, by and through his

counsel, Peter C. Wolff, Jr., Federal Public Defender, and requests this Honorable

//

//

//

//

Court to conduct individual voir dire and to have the venire respond to the following voir dire questions.

DATED: Honolulu, Hawaii, May 3, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 3, 2006:

    Served Electronically through CM/ECF:

        LESLIE E. OSBORNE, JR.    les.osborne@usdoj.gov
        Assistant United States Attorney
        300 Ala Moana Boulevard, Suite 6100
        Honolulu, Hawaii  96813

        Attorney for Plaintiff
        UNITED STATES OF AMERICA


                            */s/ Peter C. Wolff, Jr.*
                            PETER C. WOLFF, JR.
                            Attorney for Defendant
                            GREGG V. WOOD