**PROPOSED VOIR DIRE QUESTIONS**

1. This case is a criminal trial. The defendant must be presumed innocent unless and until he is proven guilty beyond a reasonable doubt, and the government has the burden of proving every element of the charged offense beyond a reasonable doubt. Do any of you have any concerns about your ability to understand and/or apply the presumption of innocence and/or the "beyond a reasonable doubt" standard of proof?

2. Do you know, or have you heard or read anything about any of the following individuals, who may be called as witnesses in this case:

    **[Read names of all witnesses on government's
    and both defendant's witness lists]**

3. Do you know of any of the following individuals, who are the attorneys involved in this case?

    Peter C. Wolff, Jr.
    Leslie E. Osborne, Jr.

4. Have any of your relatives, close friends or neighbors ever been employed by an attorney, law firm or government legal office?

5. If so, in what capacity was he or she so employed?

6. Have you or any of your relatives, close friends or neighbors ever been employed in any aspect of the golf industry or by a company called Pro Tour Hawaii?

7. If so, in what capacity were you or was he or she so employed?

8. Have you ever served on a jury?

9. If so, what was the case about?

10. What was the outcome of the case?

11. Did you have any favorable or unfavorable feelings about the experience as a juror? Please explain.

12. If you previously served on a jury, were you the foreperson of the jury?

13. Would you have any concerns about your ability to give the defendant in this case a fair trial?

14. If you serve as a juror in this case, you will not be allowed to base your verdict in any way upon information about this case you may hear, see or read outside of court. Nor will you be allowed to conduct any research on your own about the case. Your verdict must be based solely upon the evidence, argument and instructions with which you are presented during the trial. Do you have any concerns about your ability to completely disregard any information about this case which you may have heard, seen or read outside of court?

15. Is there anything about this case that bothers you in any way?

16. If you are chosen as a juror in this case, is there any reason whatsoever why you might not be able to be fair and impartial?

17. What is your military experience?

18. What was the last year of school that you completed?

19. If you attended college or graduate school, what was your major area of study?

20. Are you currently attending school? If so, where and what are you studying?

21. If you are currently working, where do you work?

22. What do you do there?

23. How long have you worked at this job?

24. Do you now, or have you ever worked at supervising other people?

25. Are you a golfer?

26. If so, how often do you play?

27. Please list any groups or organizations for which you have volunteered time?

28. Have you ever been a witness in a case or received a subpoena? If so, explain the situation.

29. Have you, a member of your immediate family or a close personal friend been the victim of a crime?

30. If so, please explain the circumstances.

31. Have you ever been accused of a crime? If so, please explain the circumstances.

32. Has a member of your immediate family ever been charged with a crime? If so, please explain the circumstances.

33. Do you have a family member or personal friend who is employed in law enforcement anywhere in the United States? This may mean people who are officers, secretaries, investigators or employed in any way at all.

34. What about as a corrections officer in the prison system or at a jail?

35. How about in any agency which prosecutes criminal cases (such as a prosecutor's office, the IRS, the state attorney general or U.S. Attorney?

36. Have you ever been employed by a law enforcement agency? If so, which one.

37. Have you ever applied for employment by a law enforcement agency? If so, which one.

38. Do you recall any media coverage about this case? If so, please come forward and explain to the Court and counsel at the sidebar what you remember about that media coverage?

39. Have you formed any opinion about this case such that it would affect your ability to serve as a fair and impartial juror? If so, please explain.

40. If you were chosen as a juror in this case, do you feel that community opinion or peer pressure would have any effect on your on your ability to be impartial?

41. If there is media coverage of this case, do you feel that this would have an effect on your ability to be impartial?

42. Is there anything about your health, hearing or eyesight that may affect your ability to serve as a juror? If so, please explain.

43. Is there any reason whatsoever that you should not serve on this jury or would be unable to do so? If so, please explain.

44. If there is anything important about yourself that has not been asked about, please tell about it now.