PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
| | ) |
| Plaintiff, | ) DEFENDANT WOOD'S WITNESS |
| | ) LIST; CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| GREGG V. WOOD, | ) TRIAL:    May 16, 2006 |
| | ) JUDGE:   David A. Ezra |
| Defendant. | ) |
| | ) |

**DEFENDANT WOOD'S WITNESS LIST**

COMES NOW the defendant, GREGG V. WOOD, through counsel, Peter C. Wolff, Jr., Federal Public Defender, and submits his Witness List.  In

//

//

//

addition to the witnesses named on the Government's Witness List, defense counsel may call the following.

      DATED:  Honolulu, Hawaii, May 9, 2006.

                                                    _____
                                                    PETER C. WOLFF, JR.
                                                    Attorney for Defendant
                                                    GREGG V. WOOD

## WITNESS LIST

---

### UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

---

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **WITNESS LIST** |
| **Plaintiff,** | **CR. NO. 05-00072 DAE** |
| v. | |
| **GREGG V. WOOD,** | |
| **Defendant.** | |

---

**Presiding Judge:**　　**Defendant's Attorney:**　　**Plaintiff's Attorney:**
David A. Ezra　　　　　Peter C. Wolff, Jr.　　　　Leslie E. Osborne, Jr.

---

| DEF. NO. | WITNESSES |
|:---:|:---|
| 1 | Elliot M. Gates |
| 2 | Marilyn McKenzie |
| 3 | Gregg Wood |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on May 9, 2006:

    Served Electronically through CM/ECF:

        LESLIE E. OSBORNE, JR.    les.osborne@usdoj.gov
        Assistant United States Attorney
        300 Ala Moana Boulevard, Suite 6100
        Honolulu, Hawaii  96813

        Attorney for Plaintiff
        UNITED STATES OF AMERICA

_/s/ Peter C. Wolff, Jr._
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD