EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| GREGG V. WOOD, | ) | |
| | ) | Trial: May 16, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: David A. Ezra |

**GOVERNMENT'S WITNESS LIST**

The United States hereby submits its witness list. The witnesses that the United States may call are as follows:

1. Tina Mohr

2. Sandy Mohr

3. Arthur Barens

4. Casey Brown

5. Don Courtney

      6.    Custodian of Records, City Bank

      7.    Custodian of Records, Bank of Hawaii

The United States and the defense reserve the right to add or delete names from this witness list if matters change.

DATED:  Honolulu, Hawaii, May 10, 2006.

                              Respectfully submitted,

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                              By <u>/s/ Leslie E. Osborne, Jr.</u>
                                  LESLIE E. OSBORNE, JR.
                                  Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on May 10, 2006:

    **Served Electronically through CM/ECF:**

    Peter C. Wolff, Jr.        peter_wolff@fd.org
    Federal Public Defender
    300 Ala Moana Blvd., Rm. 7-104
    Honolulu, HI  96850

    Attorney for Defendant
    GREGG V. WOOD

                           /s/ Gloria Parker