# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

5/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00072DAE |
| CASE NAME: | United States of America Vs. Gregg V. Wood |
| ATTYS FOR PLA: | Leslie Osborne, Jr. And F. B. I. Agent Jeffrey Piper |
| ATTYS FOR DEFT: | Peter C. Wolff and Vernon Branco-Investigator |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/16/2006 | TIME: | 9:37am-11:00am  1:30pm-3:46pm |

COURT ACTION:  EP: Jury Selection-(9:37am-11:00 am 1:30pm-2:00pm)-Defendant present not in Custody. 63 Jurors present-Sworn in.  2 Jurors excused for Cause.  12 Jurors and 2 Alternate Jurors chosen and Sworn in to the Final Oath.

Jury Trial-(1st Day)-Defendant present not in Custody and 12 Jurors and 2 Alternate Jurors also present.
Opening Statements-(2:30pm-3:46pm)-On behalf of the Plaintiff (U.S.A.) and the Defendant.

Plaintiff-Government Exhibits 4A, 4B, 4C, 4D, 4E, 4F, 4G, 4H, 4I, 4J, 4K, 4L, 5A, 5B, 5C, 5D, 5E, 5F, 5G, 5H, 5I, 5J, 6A, 6B, 6C, 6D, 6E, 6F, 6G and 6 H-Admitted.

Further Jury Trial (2nd Day) continued to 5/17/2006 @10:00 a.m.

Submitted by Leslie L. Sai, Courtroom Manager