# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/17/2006  4:30 pm

SUE BEITIA, CLERK

**CASE NUMBER:**    CR 05-00072DAE

**CASE NAME:**    U.S.A. vs. GREGG V. WOOD

**ATTYS FOR PLA:**    Leslie E. Osborne and Jeffrey Pfeiffer, FBI Agent

**ATTYS FOR DEFT:**    Peter C. Wolff and Vernon Branco, Investigator

**INTERPRETER:**

---

**JUDGE:**    David Alan Ezra        **REPORTER:**    Cynthia T. Fazio

**DATE:**    5/17/2006        **TIME:**    10:00 - 12:00
1:30 - 4:20

---

**COURT ACTION:**  Further Jury Trial (2nd Day) - Defendant present not in Custody and 12 Jurors and 2 Alternate Jurors also present.

Government's Witness: Sandy Mohr - CST

Government's Exhibits 1, 2, and 3 - Admitted.

Defendant's Exhibits #104, 105 and 106 - Admitted.

Further Jury Trial - 3rd Day continued to 05/18/2006 @ 9:00 a.m.

Submitted by: Bernie Aurio, Courtroom Manager