# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/18/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00072DAE |
| CASE NAME: | U.S.A. vs. GREGG V. WOOD |
| ATTYS FOR PLA: | Leslie E. Osborne and Jeffrey Pfeiffer, FBI Agent |
| ATTYS FOR DEFT: | Peter C. Wolff and Vernon Branco, Investigator |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia T. Fazio |
| DATE: | 5/18/2006 | TIME: | 9:00 - 11:00 |

COURT ACTION:  Further Jury Trial (3rd Day) - Defendant present not in Custody and 12 Jurors and 2 Alternate Jurors also present.

Government's Witness: Don Courtney - CST (9:13 - 10:35) .

Government's Witness: Casey Brown - CST (10:37 - 10:46).

Further Jury Trial - 4th Day continued to 05/19/2006 @ 9:00 a.m.

Submitted by: Bernie Aurio, Courtroom Manager