ORIGINAL

PETER C. WOLFF, JR.  # 2332
Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone: (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
|---|---|
| Plaintiff, | ) <br> ) STIPULATION REGARDING <br> ) DEFENDANT'S EXHIBITS 101, 102, |
| vs. | ) AND 103 <br> ) |
| GREGG V. WOOD, | ) <br> ) |
| Defendant. | ) <br> ) |

## STIPULATION
## REGARDING DEFENDANT'S EXHIBITS 101, 102, AND 103

The parties stipulate that, if called as a witness, the custodian of records for First Hawaiian Bank would duly authenticate Defendant's Exhibits 101, 102, and 103 as copies of records and documents that First Hawaiian Bank kept in the course of regularly conducting its business activities in connection with Pro Tour Hawaii, Inc.'s checking account number 67087461.  Specifically, Defendant's Exhibit 101

consists of copies of checks written on the account made payable to Gregory Wood; Defendant's Exhibit 102 consists of checks written by various individuals and/or deposit slips representing funds that were deposited into the account; and Defendant's Exhibit 103 consists of checks written on the account made payable to Sandy Mohr.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 16, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

_____
LESLIE E. OSBORNE
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, MAY 16 2006.

_____
The Honorable DAVID A. EZRA
United States District Court Judge
District of Hawaii

UNITED STATES v. Gregg V. Wood
Cr. No. 05-00072 DAE
STIPULATION REGARDING DEFENDANT'S EXHIBITS 101, 102, AND 103