ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov



Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00072 DAE |
| Plaintiff, ) | STIPULATION |
| vs. ) | |
| GREGG V. WOOD, ) | |
| Defendant. ) | Trial Date: May 16, 2006 |
| ) | Judge: David Alan Ezra |

### STIPULATION

The parties stipulate that if Arthur Barens, Esq. were to be called as a witness, he would testify that:

1. I am an attorney licensed to practice in the State of California.

2. From time to time I have done legal work for Don Courtney.

3. In January of 2001, I was contacted by Mr. Courtney and told to expect a wire transfer in the amount of

$5,000 from Hawaii to my trust account on his behalf.

    4.   Mr. Courtney told me to advise him when the money arrived, which I did.

    5.   Subsequently, to the best of my recollection, I applied that $5,000 with Mr. Courtney's knowledge and consent to my general account as payment for services rendered.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, May 15, 2006.

                      EDWARD H. KUBO, JR.
                      United States Attorney
                      District of Hawaii

                      By _____
                      LESLIE E. OSBORNE, JR.
                      Assistant U.S. Attorney

                      _____
                      PETER C. WOLFF, JR.
                      Federal Public Defender
                      Attorney for Defendant

APPROVED AND SO ORDERED:

MAY 16 2006

UNITED STATES DISTRICT JUDGE