ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at 4 o'clock and 20 min M
SUE BEITIA, CLERK

LODGED

MAY 15 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGG V. WOOD, | ) | |
| | ) | |
| Defendant. | ) | Trial Date:  May 16, 2006 |
| | ) | Judge:  David Alan Ezra |

STIPULATION

It is stipulated by and between the parties that if

called as a witness, the Custodian of Records for the Maui Market

Place Branch of City Bank would testify that Exhibits 6a through

6h were made at or near the time reflected on them from

information transmitted by a person with knowledge of the events

recorded thereon and kept in the course of a regular conducted

business activity and that it was the regular practice of the

Bank of Hawaii to make and record the data reflected in those

exhibits at the time the exhibits were made, and that they are

documents relating to the operational expense account of Pro Tour

Hawaii, Inc. for the time reflected on those exhibits.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, May 15, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LESLIE E. OSBORNE, JR.
Assistant U.S. Attorney

_____
PETER C. WOLFF, JR.
Federal Public Defender
Attorney for Defendant

APPROVED AND SO ORDERED:

_____  MAY 1 6 2006
UNITED STATES DISTRICT JUDGE

2