

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at 4 o'clock and 20 min. P M
SUE BEITIA, CLERK

LODGE..

MAY 1 5 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| Plaintiff, | ) ) ) | STIPULATION |
| vs. | ) ) ) | |
| GREGG V. WOOD, | ) ) | |
| Defendant. | ) ) | Trial Date: May 16, 2006<br>Judge: David Alan Ezra |

### STIPULATION

It is stipulated by and between the parties that if called as a witness, the Custodian of Records for the Maui Market Place Branch of Bank of Hawaii would testify that Exhibits 5a through 5j were made at or near the time reflected on them from information transmitted by a person with knowledge of the events recorded thereon and kept in the course of a regular conducted business activity and that it was the regular practice of the Bank of Hawaii to make and record the data reflected in those

exhibits at the time the exhibits were made, and that they are documents relating to the business checking account of Gregory V. Wood for the time reflected on those exhibits.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, May 15, 2006.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii

              By  _____
                  LESLIE E. OSBORNE, JR.
                  Assistant U.S. Attorney


                  _____
                  PETER C. WOLFF, JR.
                  Federal Public Defender
                  Attorney for Defendant


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

MAY 16 2006