# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/19/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00072DAE

CASE NAME:          U.S.A. vs. GREGG V. WOOD

ATTYS FOR PLA:      Leslie E. Osborne and Jeffrey Pfeiffer, FBI Agent

ATTYS FOR DEFT:     Peter C. Wolff and Vernon Branco, Investigator

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia T. Fazio |
| DATE: | 5/19/2006 | TIME: | 9:00 - 12:10<br>1:40 - 4:15 |

COURT ACTION:  Further Jury Trial (4th Day) - Defendant present not in Custody and 12 Jurors and 2 Alternate Jurors also present.

Government's Witness: Tina Mohr - CST (9:24 - 2:14)

Defendant's exhibit #107 - Admitted.

Defendant's exhibits #101 A-N, #102 A-X and #103 A-R - Admitted.

Government rests its case (2:15)

Defendant's oral request for Judgment of Acquittal - DENIED.

Defendant's Witness: Elliot M. Gates - CST (2:28 - 3:13)
                    Marilyn McKenzie - CST (3:33 - 3:55)

Jury Instruction Settlement hearing set for 05/22/2006 @ 3:30 p.m. before Judge David A. Ezra.

Further Jury Trial - 5th Day continued to 05/23/2006 @ 9:00 a.m. before Judge David A. Ezra.

Submitted by: Bernie Aurio, Courtroom Manager