ORIGINAL

PETER C. WOLFF, JR. # 2332
Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00072 DAE |
| ) | |
| Plaintiff, ) | STIPULATION REGARDING |
| ) | TESTIMONY OF SPECIAL AGENT |
| vs. ) | JAMES VAN PELT OF THE FBI |
| ) | |
| GREGG V. WOOD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### STIPULATION REGARDING TESTIMONY OF
### SPECIAL AGENT JAMES VAN PELT OF THE FBI

The parties stipulate that, if James Van Pelt were to be called as a witness, he would testify that:

1. I am a Special Agent with the Federal Bureau of Investigation, and was assigned during 2001 to the investigation arising out of Pro Tour Hawaii.

2. As part of my official duties, I interviewed Sanford Mohr in person and by telephone on several occasions. Among those occasions was an interview which took place on May 17, 2001. The information that Sanford Mohr provided to me in that interview was transcribed in an FBI Form 302, which is the official form used by the FBI to record the results of interviews. I finished preparing the Form 302 with respect to the May 17th interview of Sanford Mohr the following day, May 18th, 2001.

3. The Form 302 prepared by me with respect to my May 17th interview of Sanford Mohr includes the following statement:

> [Sanford Mohr] believed that between 1998 and the tour's inception, Stratos put about $175,000.00 into the tour; that is the money Sandy Mohr used for promotional travel.

This statement in the Form 302 reflects my recollection of the information that Sanford Mohr had provided to me about this topic on May 17, 2001. The Form 302 was not reviewed with Sanford Mohr.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 19, 2006.

/s/ P. C. Wolff Jr.
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

_[signature]_
LESLIE E. OSBORNE
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _MAY 19 2006_.

_[signature]_
The Honorable DAVID A. EZRA
United States District Court Judge
District of Hawaii

UNITED STATES v. Gregg V. Wood
Cr. No. 05-00072 DAE
STIPULATION REGARDING TESTIMONY OF SPECIAL AGENT JAMES VAN PELT OF THE FBI