# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00072DAE |
| CASE NAME: | USA v. Gregg V. Wood |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Peter C. Wolff |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/22/2006 | TIME: | 2:45am-3:00pm |

COURT ACTION:  EP:  Settlement of jury instructions.

Defendant present, not in custody.

Jurors not present.

Further Jury Trial-5th Day, continued to 5/23/2005 @900amDAE.

Submitted by:  Theresa Lam, Courtroom Manager