# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00072DAE |
| CASE NAME: | USA v. Gregg V. Wood |
| ATTYS FOR PLA: | Leslie E. Osborne, Jr. |
| ATTYS FOR DEFT: | Peter C. Wolff |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/23/2006 | TIME: | 8:45am-12:00pm<br>1:30pm-3:30pm |

COURT ACTION:  EP: Further Jury Trial-5th Day.

Defendant present, not in custody.

Query of juror #1 with all counsel, in the absence of the rest of the jurors.  Juror #1 excused.  Alternate #1 replaced juror #1.

12 jurors and 1 alternate present.

Defendant's Witnesses: Greg V. Wood.

Government's Exhibit Received: 9.

Government rests.

Defendants rest.

Jury Instructions read.

Further Jury Trial-6th Day, continued to 5/24/2005 @900amDAE.

Submitted by:  Theresa Lam, Courtroom Manager