# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00072DAE

CASE NAME:       USA v. Gregg V. Wood

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:

DATE:     5/25/2006                TIME:

---

COURT ACTION:  EO: Further Jury Trial-5th Day.

Further Jury Trial-6th Day, continued to 5/24/2006@900amDAE.

Submitted by:  Theresa Lam, Courtroom Manager