# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00072DAE
CASE NAME:        USA v. Gregg V. Wood
ATTYS FOR PLA:    Leslie E. Osborne, Jr.
ATTYS FOR DEFT:   Peter C. Wolff
INTERPRETER:

| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
|---|---|---|---|
| DATE: | 5/24/2006 | TIME: | 9:00am-12:00pm <br> 1:30pm-4:30pm |

COURT ACTION:  EP: Further Jury Trial-6th Day.

Defendant present, not in custody.

12 jurors and 1 alternate present.

Government closing arguments.

Defendant's closing arguments.

Governments final arguments.

Jury Marshal sworn.

Alternate juror excused but not discharged and admonished not to speak about this case.

Jury retired to deliberate @12:00p.m.

Jurors have left at 4:30 p.m. and will return for further jury deliberations on 5/25/2006 @8:45am.

Submitted by:  Theresa Lam, Courtroom Manager