# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00072DAE

CASE NAME:          USA v. Gregg V. Wood

ATTYS FOR PLA:      Leslie E. Osborne, Jr.

ATTYS FOR DEFT:     Peter C. Wolff

INTERPRETER:

|  |  |  |  |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/25/2006 | TIME: | 9:00am-12:00pm<br>1:30pm-4:30pm |

COURT ACTION:   EP: Further Jury Deliberation.

12 jurors present.

Jury question #1 received at 11:35am.  Court addresses question with counsel, in the absence of the jury.  Written response was given to the jury.

Jury question #2 received at 1:55pm.  Court addressed question with counsel, in the absence of the jury.  Written response was given to the jury.

Jurors have left at 4:30 p.m. and will return for further jury deliberations on 5/26/2006 @8:45am.

Submitted by:  Theresa Lam, Courtroom Manager