

UNITED STATES DISTRICT COURT

CHAMBERS OF
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE EMERITUS

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-300
HONOLULU, HAWAII 96850-0300

TELEPHONE
(808) 541-1907
FACSIMILE
(808) 541-3575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2006

at 12 o'clock and 17 min. P M
SUE BEITIA, CLERK

May 25, 2006

Ladies and Gentlemen of the Jury:

In response to your question, an essential part of a charged scheme means a critical part of the scheme. There may be more than one essential part of a charged scheme.

David Alan Ezra
United States District Judge