FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 5 2006

at __2__ o'clock and __15__ min __ _M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

CHAMBERS OF
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE EMERITUS

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-300
HONOLULU, HAWAII 96850-0300

TELEPHONE
(808) 541-1907
FACSIMILE
(808) 541-3575

May 25, 2006

Ladies and Gentlemen of the Jury:

I must again tell you that the word essential means "critical." In other words, the act must be essential or critical to the alleged scheme. Of course, there may be more than one act that is essential or critical to an alleged scheme. There is nothing more I can say on this issue.

_____
David Alan Ezra
United States District Judge