# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00072DAE

CASE NAME:        USA v. Gregg V. Wood

ATTYS FOR PLA:    Leslie E. Osborne, Jr.

ATTYS FOR DEFT:   Peter C. Wolff

INTERPRETER:

JUDGE:   David Alan Ezra          REPORTER:   Sharon Ross

DATE:    5/26/2006                TIME:       9:00am-12:00pm
                                              1:30pm-4:30pm

COURT ACTION:  EP: Further Jury Deliberation.

12 jurors present.

Jury question #3 received at 11:45am. Court addresses question with counsel, in the absence of the jury. Written response was given to the jury.

Jurors have left at 4:30 p.m. and will return for further jury deliberations on 5/30/2006 @8:45am.

Submitted by:  Theresa Lam, Courtroom Manager