# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00072DAE

CASE NAME:        USA v. Gregg V. Wood

ATTYS FOR PLA:    Leslie E. Osborne, Jr.

ATTYS FOR DEFT:   Peter C. Wolff

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 5/30/2006 | TIME: | 9:30am-9:40am |

COURT ACTION:  EP: Further Jury Deliberation.

12 jurors present.

Jury returned at 9:00am to resume further deliberation.

Jury return with a verdict at 9:10am.

As to Count 1-GUILTY.

Jury polled.  Verdict Unanimous.

Defendant referred for presentence investigation and report.  Sentencing date set for 10/16/2006 @215pmDAE.

Current bail conditions of release to continue.

Submitted by:  Theresa Lam, Courtroom Manager