

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, C-300
HONOLULU, HAWAII 96850-0300

CHAMBERS OF
DAVID ALAN EZRA
UNITED STATES DISTRICT JUDGE
CHIEF JUDGE EMERITUS

TELEPHONE
(808) 541-1907

FACSIMILE
(808) 541-3575

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 26 2006

at 12 o'clock and __ min. P M
SUE BEITIA, CLERK

May 26, 2006

Ladies and Gentlemen of the Jury:

The schedule calls for you to deliberate today until 4:30 p.m. and resume your deliberations at 9:00 a.m. on Tuesday morning.

You should make your arrangements accordingly.

_____
David Alan Ezra
United States District Judge