FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2006

at 9 o'clock and 35 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | VERDICT FORM |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGG V. WOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VERDICT FORM

AS TO COUNT 1:

We the jury, find the defendant, GREGG V. WOOD

✓  GUILTY              _____ NOT GUILTY


DATED: __May 30__, 2006, at Honolulu, Hawaii.


_____
FOREPERSON