EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR.  #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:  Les.Osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | UNITED STATES' MOTION |
| | ) | TO CONTINUE SENTENCING; |
| vs. | ) | EXHIBITS A-B; |
| | ) | CERTIFICATE OF SERVICE |
| GREGG V. WOOD, | ) | |
| | ) | <u>Sentencing</u> |
| Defendant. | ) | Date:  October 16, 2006 |
| | ) | Time:  2:15 p.m. |
| _____ | ) | Judge:  David Alan Ezra |

<u>UNITED STATES' MOTION TO CONTINUE SENTENCING</u>

Comes now the United States of America, by and through these pleadings, and requests that the sentencing of the Defendant, GREGG V. WOOD, which is currently set for October 16, 2006, be continued to any Monday convenient to the Court after that date.

This motion is based upon the personal request of Sanford and Tina Mohr, which is set out in their letter to me, Exhibit A to these pleadings, and the submission of a memorandum

decision in United States v. Degenhardt, Exhibit B, which is also appended to these pleadings. It was the express desire of Mr. and Mrs. Mohr that the Court have the opportunity to review the Degenhardt case even though it is a memorandum opinion. This case is not presented for any precedential value but simply because of the excellent analysis of the Crime Victims Rights Act found there and the Mohr's reliance on the advice it provides.

DATED: Honolulu, Hawaii, June 20, 2006.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

        By /s/ Leslie E. Osborne, Jr.
           LESLIE E. OSBORNE, JR.
           Assistant U.S. Attorney

           Attorneys for Plaintiff
           UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on June 21, 2006:

    Served Electronically through CM/ECF:

    Peter C. Wolff, Jr.     [peter_wolff@fd.org](mailto:peter_wolff@fd.org)
    Federal Public Defender
    300 Ala Moana Blvd., Rm. 7-104
    Honolulu, HI  96850

    Attorney for Defendant
    GREGG V. WOOD


                            <u>/s/ Gloria Parker</u>