# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00072DAE |
| CASE NAME: | USA v. Gregg V. Wood |
| ATTYS FOR PLA: | Leslie E. Osborne |
| ATTYS FOR DEFT: | Peter Wolff |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 7/17/2006 | TIME: | 10:30am-10:50am |

COURT ACTION:  EP: Government's Motion to Continue Sentencing.

Defendant's presence is waived.

Oral arguments heard.

Government's Motion to Continue Sentencing-GRANTED.  Sentencing date continued to 10/25/2006 @130pmDAE.

Court to issue order.

Submitted by:  Theresa Lam, Courtroom Manager