EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LESLIE E. OSBORNE, JR. #3740
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: les.osborne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S SENTENCING |
| | ) | STATEMENT; CERTIFICATE |
| vs. | ) | OF SERVICE |
| | ) | |
| GREGG V. WOOD | ) | |
| | ) | Date:  October 25, 2006 |
| Defendant. | ) | Time:  1:30 p.m. |
| | ) | Judge:  David Alan Ezra |

GOVERNMENT'S SENTENCING STATEMENT

The United States, by and through its attorney, the

United States Attorney for the District of Hawaii, hereby states

that it has no objection and/or clarifications to make to the

draft Presentence Investigation Report dated September 7, 2006.

DATED:  Honolulu, Hawaii, September 19, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Leslie E. Osborne, Jr.
   LESLIE E. OSBORNE, JR.
   Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on September 20, 2006:

**Served Electronically through CM/ECF:**

Peter C. Wolff, Jr.        <u>peter_wolff@fd.org</u>
Federal Public Defender
    Attorney for Defendant
    GREGG V. WOOD

**Served by hand-delivery:**

Rosanne T. Donohoe
U.S. Probation Officer
300 Ala Moana Blvd., Rm. 2-215
Honolulu, HI 96850

DATED:  Honolulu, Hawaii, September 20, 2006.


/s/ Gloria Parker
Gloria Parker