# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/25/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00072DAE |
| CASE NAME: | USA v. Gregg V. Wood |
| ATTYS FOR PLA: | Les Osborne, Jr |
| ATTYS FOR DEFT: | Peter C. Wolff |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 10/25/2006 | TIME: | 8:30am-9:45am |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Gregg V. Wood.

Defendant Gregg V. Wood present, not in custody.

Presentence Report adopted.  Sentencing recommendations heard.

No Allocution by Defendant Gregg V. Wood.

SENTENCE:

Imprisonment:   21 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes (mandatory condition).

3. Defendant shall not possess illegal controlled substances (mandatory condition).

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

5. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision. [Since the defendant does not have a recent history of substance abuse and the offense is not drug related, it is recommended that the Court waive the mandatory drug test condition.]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. The restitution of $62,675 is due immediately to Pro Tour Hawaii, Inc., and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of this monthly gross income. Interest to accrue immediately.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. Defendant shall provide to the Probation Office a signed release authorizing credit checks and an accurate financial statement, with supporting documentation, as to all sources and amounts of income and all expenses of the defendant and any business owned, in whole or in part, by the defendant.

11. Defendant shall notify the Probation Office of any contemplated employment and shall obtain approval from the Probation Office for all employment. Unless the defendant is self-employed, he not be employed in any capacity wherein he has custody, control, or management of another individual's funds or assets.

12. Defendant shall provide the Probation Office with access to any and all business records, client lists and other records, pertaining to the operation of any business owned, in whole or in part, by the defendant, as directed by the Probation Office.

13. Defendant shall submit to Payroll Deduction at the discretion and direction of the Probation Office.

14. That the defendant shall not solicit investments or enter into any business transactions without the prior approval of the Probation Office.

Special Assessment:  $100.00.

JUDICIAL RECOMMENDATIONS: FPC Lompoc, CA.

Defendant advised of his right to appeal.

Mittimus forthwith.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager