PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | MOTION TO RECONSIDER |
| | ) | VOLUNTARY SURRENDER |
| vs. | ) | AND/OR FOR RELEASE TO PUT |
| | ) | PERSONAL AND BUSINESS |
| GREGG V. WOOD, | ) | MATTERS IN ORDER; |
| | ) | DECLARATION OF COUNSEL; |
| Defendant. | ) | EXHIBIT "A"; CERTIFICATE OF |
| | ) | SERVICE |

**MOTION TO RECONSIDER VOLUNTARY SURRENDER
AND/OR FOR RELEASE TO PUT PERSONAL
AND BUSINESS MATTERS IN ORDER**

COMES NOW the defendant, GREGG V. WOOD, through counsel,

Peter C. Wolff, Jr., Federal Public Defender, and moves this Honorable Court to

reconsider the defendant's remand and detention and permit him to voluntarily

surrender to the Bureau of Prisons facility to which he will be designated and/or to

permit his release under appropriate conditions for a period of two weeks so that the

defendant may use that time to put his personal affairs in order, to arrange for the

storage of his personal property, and to advise his employer of various matters

pertaining to the employer's business on the island of Oahu.

This motion is based upon the records and files of this case and such

other evidence as may be presented at a hearing on this matter.

DATED:  Honolulu, Hawaii, October 27, 2006.

PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the

method of service noted below, a true and correct copy of the foregoing was served

on the following at their last known addresses on October 27, 2006:


Served Electronically through CM/ECF:

LESLIE E. OSBORNE, JR.    les.osborne@usdoj.gov
Assistant United States Attorney
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


Served by hand-delivery:

DAVID K. KAHUNAHANA
United States Pretrial Services Officer
300 Ala Moana Boulevard, Suite 7-222
Honolulu, Hawaii  96813


_____
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD