IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00072 DAE |
| ) | |
| Plaintiff, ) | DECLARATION OF COUNSEL |
| ) | |
| vs. ) | |
| ) | |
| GREGG V. WOOD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DECLARATION OF COUNSEL**

I, PETER C. WOLFF, JR., hereby declare as follows:

1. The Office of the Federal Public Defender is counsel for defendant GREGG V. WOOD, having been appointed pursuant to the Criminal Justice Act.

2. The Court rejected the defendant's request to permit him to make a voluntary surrender to his designated Bureau of Prisons institution and ordered his remand at the conclusion of his sentencing hearing on October 25, 2006, notwithstanding that the defendant was gainfully employed at that time, was in compliance with the terms of his pretrial release, and that the government had not moved for immediate remand.

3. As of October 25th, the defendant was employed by Hawaii's Best Activities & Tours, Inc., as an activity salesperson and manager. <u>See</u> Exhibit "A" submitted herewith.

4. As Dean Young, President of Hawaii's Best Activities & Tours, Inc., states:

> Mr. Wood has some company files in his apartment and I am in Denver Colorado at this time and without Mr. Wood's cooperation and access to the files I am at a loss as to important information regarding the company's activities. I need Mr. Wood to be able to get the files and information and send them to me. I am greatly harmed by the failure of the court to give Mr. Wood some time to put his business matters in order.
>
> Therefore, I am requesting that Mr. Wood be given some reasonable time prior to reporting for incarceration in order to put his business matters in order.

5. Under these circumstances, permitting the defendant's release so he could make a voluntary surrender or, alternatively, permitting his release for a period of two weeks under whatever conditions the Court deems appropriate so that he can secure his personal property and assist his employer in the orderly transition of the employer's business is requested.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, October 27, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD