Hawaii's Best Activities & Tours, Inc
230 Makee Road, #601
Honolulu, HI 96815
Ph. 808-922-7828 x 601

# HAWAII'S BEST ACTIVITIES & TOURS, INC.

October 26, 2006

To Peter Wolff, Public Defender
   Fax: 808-541-3545
   Email: peter.wolff@gmail.com
   Re: Gregg Wood

Re: Business records access

Dear Mr. Wolff,

   I was advised by you yesterday that Mr. Gregg Wood was taken into immediate custody at his sentencing hearing.

   I find this highly unusual since this is not a violent crime and Mr. Wood is not a flight risk. Mr. Wood has been on probation for quite a few months prior to his sentencing and has never presented a problem to anyone to my knowledge.

   However the main purpose of this letter is to request that Mr. Wood be allowed some time prior to incarceration to put some business matters in order. Most importantly, Mr. Wood has been working for me and my company Hawaii's Best Activities & Tours, Inc. as an activity salesperson and manager. This can be verified with his probation officer.

   Mr. Wood has some company files in his apartment and I am in Denver Colorado at this time and without Mr. Wood's cooperation and access to the files I am at a loss as to important information regarding the company's activities. I need Mr. Wood to be able to get the files and information and send them to me. I am greatly harmed by the failure of the court to give Mr. Woods some time to put his business matters in order.

   Therefore, I am requesting that Mr. Wood be given some reasonable time prior to reporting for incarceration in order to put his business matters in order.

Sincerely,

*[signature]*

Signed by email communication,
Dean Young, President

*Hawaii's Activities & Tours*

# EXHIBIT "A"