# ORIGINAL



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 6 2006

at 2 o'clock and 45 min. P M
SUE BEITIA, CLERK

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      peter_wolff@fd.org

Attorney for Defendant-Appellant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
|---|---|
| Plaintiff-Appellee, | ) NOTICE OF APPEAL; <br> ) CERTIFICATE OF SERVICE |
| vs. | ) |
| GREGG V. WOOD, | ) |
| Defendant-Appellant. | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant

GREGG V. WOOD, through counsel, Peter C. Wolff, Jr., Federal Public Defender,

hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

Judgment of Conviction and Sentence entered by the Honorable David A. Ezra on October 25, 2006.

DATED: Honolulu, Hawaii, October 26, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Defendant-Appellant
GREGG V. WOOD

## CERTIFICATE OF SERVICE

I, LYNELLE K. OSHITA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 26, 2006:

>LESLIE E. OSBORNE, JR.
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Boulevard, Room 6100
>Honolulu, Hawaii 96813
>
>Attorney for Plaintiff-Appellee
>UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, October 26, 2006.

_____
LYNELLE K. OSHITA
Legal Secretary to
PETER C. WOLFF, JR.
Attorney for Defendant-Appellant
GREGG V. WOOD