IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00072 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGG V. WOOD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER DENYING MOTION TO RECONSIDER VOLUNTARY SURRENDER AND/OR FOR RELEASE TO PUT PERSONAL AND BUSINESS MATTERS IN ORDER

Pursuant to Local Rule 7.2(d), the Court finds this matter suitable for disposition without a hearing. After reviewing defendant Gregg V. Wood's ("Defendant") Motion, the Court DENIES Defendant's Motion To Reconsider Voluntary Surrender and/or for Release To Put Personal and Business Matters In Order.

On October 25, 2006, this Court previously rejected Defendant's request to permit him to make a voluntary surrender to the designated Bureau of Prisons institution. At the sentencing hearing, the Court noted its concern that Defendant posed risk of flight and that he might engage in further illegal acts if he were freed pending his disposition with the Bureau of Prisons. Defendant has not

raised any new arguments in his motion that persuades the Court otherwise.

Accordingly, Defendant's motion for reconsideration is DENIED.

## CONCLUSION

For the reasons stated above, the Court DENIES Defendant Gregg V. Wood's Motion to Reconsider Voluntary Surrender and/or for Release to Put Personal and Business Matters in Order.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2006.



_____
David Alan Ezra
United States District Judge

United States of America v. Gregg V. Wood, CR No. 05-00072DAE; ORDER DENYING MOTION TO RECONSIDER VOLUNTARY SURRENDER AND/OR FOR RELEASE TO PUT PERSONAL AND BUSINESS MATTERS IN ORDER