# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00072DAE

CASE NAME:         USA v. Gregg V. Wood

ATTYS FOR PLA:

ATTYS FOR DEFT:

USPO:

JUDGE:    David Alan Ezra          REPORTER:

DATE:     10/31/2006               TIME:

COURT ACTION:   EO: Sentencing to Count 1 of the Indictment as to Defendant Gregg V. Wood.

AMENDED CONDITIONS:

5.      The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision. Since the defendant does not have a recent history of substance abuse and the offense is not drug related, it is recommended that the Court waive the mandatory drug test condition.[DRUG TESTING IS WAIVED]

Submitted by:  Theresa Lam, Courtroom Manager