IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**ORIGINAL**

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____    U.S. District Court Case No. __05-00072 DAE__

Short Case Title____**UNITED STATES v. GREGG V. WOOD**____

Date Notice of Appeal Filed by Clerk of District Court____**OCTOBER 26, 2006**____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 0 1 2006
at __1__ o'clock and __25__ min __P__ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| ____**SEE ATTACHED**____ | | Other (please specify) _____ |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __**November 1, 2006**__    Estimated date for completion of transcript __**December 1, 2006**__

Print Name of Attorney **PETER C. WOLFF, JR., FEDERAL PUBLIC DEFENDER** Phone Number __**541-2521**__

Signature of Attorney _____

Address __**300 ALA MOANA BOULEVARD, SUITE 7-104, HONOLULU, HAWAII 96850-5269**__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn                                    BY:
(U.S. District Court Clerk)           (date)                    DEPUTY CLERK

## ATTACHMENT

## TRANSCRIPT DESIGNATION AND ORDERING FORM

United States v. Gregg V. Wood
D.C. No. 05-00072 DAE (District of Hawaii)

| DATE | DOCKET # | COURT REPORTER | PROCEEDINGS |
|---|---|---|---|
| 05/16/2006 | 51 | Cynthia Fazio | Jury Trial (1st day) [NO VOIR DIRE] |
| 05/17/2006 | 52 | Cynthia Fazio | Further Jury Trial (2nd day) |
| 05/18/2006 | 53 | Cynthia Fazio | Further Jury Trial (3rd day) |
| 05/19/2006 | 59 | Debra Chun | Further Jury Trial (4th day) [A.M. SESSION] |
| 05/19/2006 | 59 | Lisa Groulx | Further Jury Trial (4th day) [P.M. SESSION] |
| 05/22/2006 | 61 | Cynthia Fazio | Settlement of jury instructions |
| 05/23/2006 | 62 | Cynthia Fazio | Further Jury Trial (5th day) |
| 05/24/2006 | 67 | Cynthia Fazio | Further Jury Trial (6th day) |
| 05/25/2006 | 68 | Cynthia Fazio | Further Jury Deliberation (Jury questions #1 & #2) |
| 05/26/2006 | 73 | Sharon Ross | Further Jury Deliberation (Jury question #3) |
| 05/30/2006 | 74 | Cynthia Fazio | Further Jury Deliberation (Verdict) |
| 10/25/2006 | 90 | Cynthia Fazio | Sentencing |