# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

November 27, 2006

LESLIE E. OSBORNE, JR.
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., RM. 6100
HONOLULU,  HI 96850

IN RE:        U.S.A v. GREGG V. WOOD
CR NO.        CR 05-00072DAE

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 10/26/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By    Laila M. Geronimo
      Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       PETER C. WOLFF, JR
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet