TO:        Clerk, U.S. Court of Appeals                  Date: November 27, 2006

FROM:      Clerk, U.S. District Court,  Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs GREGG V. WOOD

U.S.D.C CASE NO.       CR 05-00072DAE

U.S.D.C. JUDGE:        David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ),PETITION ( ), FILED:   02/17/05

APPEALED ORDER FILED:          11/07/06

NOTICE OF APPEAL FILED:        10/26/06

## COUNSEL INFORMATION

APPELLANT:                                  APPELLEE:
PETER C. WOLFF, JR                          LESLIE E. OSBORNE, JR.
FEDERAL PUBLIC DEFENDER                     OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., STE. 7104             300 ALA MOANA BLVD., RM. 6100
HONOLULU, HI  96850                         HONOLULU,  HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: PUBLIC DEFENDER

## DEFENDANT INFORMATION

ADDRESS:                          CUSTODY:              ✓

                                  BAIL:                 __

F/P GRANTED:        __

                                  COUNSEL WAIVED:       __

NO OF DAYS OF TRIAL:   SEE ENCLOSED     COURT REPORTER(S):   ESR, SHARON
                       DOCKET SHEET                          ROSS, CYNTHIA
                                                            FAZIO,   SEE
                                                            DOCKET SHEES