# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:** U.S.A. vs. GREGG V. WOOD

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10724

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00072DAE

II  **DATE NOTICE OF APPEAL FILED:** 10/26/06

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** PUBLIC DEFENDER

| | |
|---|---|
| **DOCKET FEE PAID ON:** | **AMOUNT:** |
| **NOT PAID YET:** | **BILLED:** |
| **U.S. GOVERNMENT APPEAL:** | **FEE WAIVED:** |

**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**

**WAS F.P. STATUS REVOKED:**     **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV  **COMPANION CASES, IF ANY:**

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 13 2006
DISTRICT OF HAWAII

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

___

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)