IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____   U.S. District Court Case No. __05-00072 DAE__

Short Case Title __UNITED STATES v. GREGG V. WOOD__

Date Notice of Appeal Filed by Clerk of District Court __OCTOBER 26, 2006__

**SECTION A** - To be completed by party ordering transcript

RECEIVED
CLERK, U.S. DISTRICT COURT
NOV 0 1 2006
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 30 2007
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|

- ~~Voir Dire~~
- ~~Opening Statements~~
- ~~Settlement Instructions~~
- ~~Closing Arguments~~
- ~~Jury Instructions~~
- ~~Pre-Trial Proceedings~~
- Other (please specify)

__SEE ATTACHED__
(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __November 1, 2006__   Estimated date for completion of transcript __December 1, 2006__

Print Name of Attorney __PETER C. WOLFF, JR., FEDERAL PUBLIC DEFENDER__ Phone Number __541-2521__

Signature of Attorney _____

Address __300 ALA MOANA BOULEVARD, SUITE 7-104, HONOLULU, HAWAII 96850-5269__

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)

(X) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__98__ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __1/28/07__ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Walter A.Y.H. Chinn__   __04/26/07__   BY: _____
(U.S. District Court Clerk)   (date)            DEPUTY CLERK

cc: counsel

## **ATTACHMENT**

## TRANSCRIPT DESIGNATION AND ORDERING FORM

<u>United States v. Gregg V. Wood</u>
D.C. No. 05-00072 DAE (District of Hawaii)

| DATE | DOCKET # | COURT REPORTER | PROCEEDINGS |
|---|---|---|---|
| 05/16/2006 | 51 | Cynthia Fazio | Jury Trial (1st day) [NO VOIR DIRE] |
| 05/17/2006 | 52 | Cynthia Fazio | Further Jury Trial (2nd day) |
| 05/18/2006 | 53 | Cynthia Fazio | Further Jury Trial (3rd day) |
| 05/19/2006 | 59 | Debra Chun | Further Jury Trial (4th day) [A.M. SESSION] |
| 05/19/2006 | 59 | Lisa Groulx | Further Jury Trial (4th day) [P.M. SESSION] |
| 05/22/2006 | 61 | Cynthia Fazio | Settlement of jury instructions |
| 05/23/2006 | 62 | Cynthia Fazio | Further Jury Trial (5th day) |
| 05/24/2006 | 67 | Cynthia Fazio | Further Jury Trial (6th day) |
| 05/25/2006 | 68 | Cynthia Fazio | Further Jury Deliberation (Jury questions #1 & #2) |
| 05/26/2006 | 73 | Sharon Ross | Further Jury Deliberation (Jury question #3) |
| 05/30/2006 | 74 | Cynthia Fazio | Further Jury Deliberation (Verdict) |
| 10/25/2006 | 90 | Cynthia Fazio | Sentencing |