UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
DEC 11 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10724 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00072-DAE |
| v. | District of Hawaii, Honolulu |
| GREGG V. WOOD, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK U.S. DISTRICT COURT
DEC 13 2007
12:45p-J
DISTRICT OF HAWAII

Before: SILER,* McKEOWN, and BEA, Circuit Judges.

Wood's emergency motion under Circuit Rule 27-3 for release pending issuance of the mandate is GRANTED. The Warden is ordered immediately to release Gregg V. Wood, inmate no. 91984-022, on his own recognizance pending issuance of this Court's mandate.

The Clerk shall serve a copy of this order by facsimile on all counsel, and on the Warden at Lompac Prison at:

USP LOMPOC
Satellite Camp
3705 West Farm Road
LOMPOC, CA 93436
Tel. (805) 735-2771
Fax: (805) 737-0295

---

\*   The Honorable Eugene E. Siler, Jr., Senior United States Circuit Judge for the Sixth Circuit, sitting by designation.