PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
|---|---|
| Plaintiff, | ) <br> ) EX PARTE MOTION TO DIRECT |
| | ) THE CLERK OF THE COURT TO |
| vs. | ) RETURN FUNDS IN THE |
| | ) AMOUNT OF $265.00 |
| GREGG V. WOOD, | ) COLLECTED FROM THE |
| | ) DEFENDANT; DECLARATION OF |
| Defendant. | ) COUNSEL; PROPOSED ORDER; |
| | ) CERTIFICATE OF SERVICE |

**EX PARTE MOTION TO DIRECT THE CLERK OF THE COURT
TO RETURN FUNDS IN THE AMOUNT OF $265.00
COLLECTED FROM THE DEFENDANT**

COMES NOW the defendant, GREGG V. WOOD, by and through his undersigned counsel, Peter C. Wolff, Jr., Federal Public Defender, and moves this Honorable Court to direct the Clerk of the Court to return the funds (in the amount of $265.00) which were collected from him with respect to the Special Assessment

and Restitution which were ordered as part of this Court's judgment, which judgment has since been reversed.

This motion is based upon the records and files of this case and the attached Declaration of Counsel.

DATED: Honolulu, Hawaii, March 20, 2008.

_____
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD