IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 05-00072 DAE |
| ) | |
| Plaintiff,   ) | DECLARATION OF COUNSEL |
| ) | |
| vs.   ) | |
| ) | |
| GREGG V. WOOD,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## DECLARATION OF COUNSEL

I, PETER C. WOLFF, JR., hereby declare as follows:

1. The Office of the Federal Public Defender is counsel for defendant GREGG V. WOOD, having been appointed pursuant to the Criminal Justice Act.

2. This Court's judgment in this case imposed a Special Assessment of $100.00 and restitution of $62,675.00 upon the defendant. Following the defendant's remand on the date of his sentencing hearing and before his release upon reversal of his conviction by the Ninth Circuit Court of Appeals, the defendant made payments on these obligations through his participation in the Inmate Financial Responsibility Program of the Bureau of Prisons. I have been informed by the Financial Section of the Clerk's Office that the total of such funds collected is $265.00, of which $100.00 was applied to the Special Assessment and the remainder was designated to be applied to the restitution obligation.

      3.    I have been further informed by the Financial Section of the Clerk's Office that the Clerk's Office recognizes that these funds are required to be returned to the defendant, but that a court order is also necessary to accomplish this. Accordingly, I have filed the instant ex parte motion and request this Court to consider it as a non-hearing motion.

      4.    I have spoken about this matter with Assistant United States Attorney Leslie E. Osborne, Jr., counsel for the government, and Mr. Osborne has informed me that the government does not object to this motion and does not object to this Court considering this motion on an ex parte basis and without a hearing.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, March 20, 2008.

_/s/ Peter C. Wolff, Jr._
PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD