IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00072 DAE |
| ) | |
| Plaintiff, ) | PROPOSED ORDER |
| ) | |
| vs. ) | |
| ) | |
| GREGG V. WOOD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PROPOSED ORDER**

Good cause appearing, this Court hereby directs the Clerk of the Court to return the funds (in the amount of $265.00) to Gregg V. Wood which were collected from Mr. Wood with respect to the Special Assessment and Restitution which were ordered as part of this Court's judgment, which judgment has since been reversed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, _____.

_____
The Honorable DAVID A. EZRA
United States District Judge
District of Hawaii