## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address on March 20, 2008:


Served Electronically through CM/ECF:

LESLIE E. OSBORNE, JR.    les.osborne@usdoj.gov
Assistant United States Attorney
300 Ala Moana Boulevard, Suite 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA


PETER C. WOLFF, JR.
Attorney for Defendant
GREGG V. WOOD