PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    peter_wolff@fd.org

Attorney for Defendant
GREGG V. WOOD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00072 DAE |
| | ) |
| Plaintiff, | ) ORDER DIRECTING THE CLERK |
| | ) OF THE COURT TO RETURN |
| vs. | ) FUNDS IN THE AMOUNT OF |
| | ) $265.00 COLLECTED FROM THE |
| GREGG V. WOOD, | ) DEFENDANT |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER DIRECTING THE CLERK OF THE COURT
TO RETURN FUNDS IN THE AMOUNT OF $265.00
<u>COLLECTED FROM THE DEFENDANT</u>**

Good cause appearing, this Court hereby directs the Clerk of the Court to return the funds (in the amount of $265.00) to Gregg V. Wood which were collected from Mr. Wood with respect to the Special Assessment and Restitution which were ordered as part of this Court's judgment, which judgment has since been reversed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 31, 2008.



_____
David Alan Ezra
United States District Judge


United States v. Gregg V. Wood
Cr. No. 05-00072 DAE
ORDER DIRECTING THE CLERK OF THE COURT TO RETURN FUNDS IN THE AMOUNT OF $265.00 COLLECTED FROM THE DEFENDANT