SF 1166 (5/84)                    VOUCHER AND SCHEDULE OF PAYMENT

| DEPARTMENT OR ESTABLISHMENT | U.S. DISTRICT COURT | D.O. VOUCHER NUMBER (TRANSP) |
|---|---|---|
| BUREAU OR OFFICE | DISTRICT OF HAWAII | 080950409 |
| LOCATION OF TRANSMITTING OFFICE | HONOLULU, HAWAII | |

PURSUANT TO AUTHORITY VESTED IN ME, I CERTIFY THAT THE ITEMS LISTED HEREIN ARE CORRECT AND PROPER FOR PAYMENT FROM THE APPROPRIATION(S) DESIGNATED HEREON OR ON SUPPORTING VOUCHERS.

PAID BY: CLERK, U.S. DISTRICT COURT, DISTRICT OF HAWAII, 4622

6/4/08   [signature] Chief Deputy Clerk
DATE        AUTHORIZED CERTIFYING OFFICER

APPROPRIATION SUMMARY
6855XX   D09NIXX

| FONT | SHEET | OF | AGENCY STATION NO | SCHEDULE NUMBER | FOR D.O. USE ONLY |
|---|---|---|---|---|---|
| 1 | 1 | | 4622 | | |

* GRAND TOTAL *     NO-CHECK TOTAL
$  265.00

PAYEE AND IF NECESSARY, ADDRESS, INVOICE NO. OTHER IDENTIFICATION             AMOUNT         CHECK NO.

1. GREGG V WOOD                                                              265.00
   1750 KALAKAUA AVE STE 4000
   HONOLULU HI 96826
   CR 05-72-01
   USA V GREGG V. WOOD
   RETURN OF ASSESSMENT AND RESTITUTION
   PER COURT ORDER
   BALANCE OWING:  $         0.00

                                        TOTAL  $      265.00


TO DOCKETING:

Please docket

6/6/08 $265.00 returned to defendant per court order. Voucher #080950409001.